FRANCIS D. ORMES and another, *Appellants, v.* CHARLES S. BAKER, *Respondent.* — Order reversed and motion for appointment of a receiver granted, with ten dollars costs and disbursements, the receiver to be named by the special county judge on an application to be made to him for that purpose on notice. Opinion by SMITH, P. J.

EMILY BUTLER, *Appellant, v.* FRANCIS X. MEYERS, *Respondent.* — Judgment and order affirmed. Opinion by BARKER, J.

CAROLINE A. STEWART, *Appellant, v.* GEORGE CRYSLER and JONATHAN K. CRYSLER, *Respondents.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

EMELINE T. ROONEY, *Respondent, v.* DELILAH A. STEARNS and others, *Executors, etc., Appellants.* — Judgment and order reversed and new trial ordered in the Onondaga County Court, costs to abide event. Opinion by SMITH, P. J.

WILLIAM STAUFENBIL, *Respondent, v.* GEORGE R. W. WOLFE, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BARKER, J.

JAMES DENICK, *Appellant, v.* WILLIAM B. HUBBARD, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

MELVIN BRIANT, *Respondent, v.* CHARLES I. HOLBROOK, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

JACOB NEU, *by Guardian, etc., Respondent, v.* JAMES McKECHNIE and another, *Appellants.* — Judgment and order affirmed. Opinion by BARKER, J.

JAMES F. FOX, *Receiver, etc., Respondent, v.* HORACE L. HODGE, *Appellant, Impleaded, etc.* — Judgment reversed and new trial ordered before another referee, costs to abide event, unless the respondent shall stipulate to reduce the judgment as indicated in the opinion, in which case the judgment as so reduced is affirmed, with costs. Opinion by SMITH, P. J.

JACOB L. CLIFT, *Respondent, v.* GEORGE BARROW, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

NANCY WATTS and others, *Appellants, v.* JAMES RONALD, *Executor, etc., Respondent.* — Order of surrogate reversed and proceedings remitted to the surrogate of Chautauqua county, with directions to proceed therein, with costs to be paid out of the funds in the hands of the executor. Opinion by BARKER, J.

CAROLINE BRYAN, *Respondent, v.* HIRAM SIBLEY, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.; SMITH, P. J., not sitting.

MATTHEW POOR and another, *Respondents, v.* THE NATIONAL UNION BANK OF WATERTOWN and others, *Appellants.* — Judgment and order affirmed. Opinion by SMITH, P. J.